Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - <u>GENERAL</u>

Case No. 01-7751-CAS(PJWx)              Date: March 17, 2003

TITLE: DOMINIQUE GRIFFIN, ETC., ET AL. -V- CHEVRON USA INC., ET AL.

---

PRESIDING:  HONORABLE CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE

Maynor R. Galvez          Laura Elias
Deputy Clerk              Court Reporter

---

| <u>PLAINTIFF COUNSEL PRESENT</u>: | <u>DEFENDANT COUNSEL PRESENT</u>: |
|---|---|
| Brian Dunn | Robert Mittelstaedt |
| | Dimitrios Biller |

PROCEEDINGS:    SETTLEMENT CONFERENCE

A settlement conference was held. A settlement agreement was reached and placed on the record. The trial is vacated and the jury is ordered discharged. All exhibits are returned to counsel who proffered the exhibits. All depositions previously lodged with the court are returned to counsel.

    IT IS SO ORDERED.

MINUTES FORM 11(a)                    CLERK'S INITIALS:
CIVIL GENERAL



ENTER ON ICMS
MAR 26 2003

75