```
 1  ROBERT A. MITTELSTAEDT #60359
    DIMITRIOS P. BILLER #142730
 2  PILLSBURY WINTHROP LLP
    725 South Figueroa Street, Suite 2800
 3  Los Angeles, CA 90017-5406
    Telephone: (213) 488-7100
 4  Facsimile: (213) 629-1033

 5  Attorneys for Defendants
    CHEVRON U.S.A., INC.,
 6  CHEVRON CORPORATION

 7
```



Send - closed

FILED
CLERK, U.S. DISTRICT COURT
MAY 8 2003
CENTRAL DISTRICT OF CALIFORNIA
BY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE GRIFFIN, Individually, and as successor in Interest to MILDRED GRIFFIN, deceased, and as Successor in Interest to DONTA LOREN PERRY, deceased, DONALD EARL ALVES, JR., ANITRA FARRAGUT, WHITNEY JOEL DANIEL, GREGORY STEVEN DANIEL, WILSON DANTA PERRY, CLAUDE MELVIN, GRACE MELVIN,<br><br>                        Plaintiffs,<br><br>    vs.<br><br>CHEVRON U.S.A. INCORPORATED, CHEVRON CORPORATION, AND DOES 1 through 10, Inclusive,<br><br>                        Defendants. | Cv<br>No. 01-07751 CAS(PJWx)<br><br>STIPULATION REGARDING DISMISSAL; ORDER<br><br>**BEFORE THE HONORABLE UNITED STATES DISTRICT COURT JUDGE CHRISTINA A. SNYDER**<br><br>Trial Date: 02/11/03<br>Discovery Cutoff: 8/31/02<br>Motion Cutoff: 11/29/02 |

MAY -9 2003

**IT IS HEREBY STIPULATED** by and between plaintiffs DOMINIQUE GRIFFIN, Individually, and as successor in Interest to MILDRED GRIFFIN, deceased, and as Successor in Interest to

1   DONTA LOREN PERRY, deceased, DONALD EARL ALVES, JR.,
2   ANITRA FARRAGUT, WHITNEY JOEL DANIEL, GREGORY
3   STEVEN DANIEL, WILSON DANTA PERRY, CLAUDE MELVIN
4   and GRACE MELVIN through their counsel of record, Brian T. Dunn of
5   Cochran, Cherry, Givens & Smith and CHEVRON U.S.A. INCORPORATED
6   and CHEVRON CORPORATION, by and through their counsel of record,
7   Dimitrios P. Biller, Pillsbury Winthrop, that the complaint on file and the
8   cross-complaint defendants filed shall be dismissed, with prejudice, pursuant
9   to Rule 51 of the Federal Rules of Civil Procedure. The parties have
10  stipulated to a dismissal of both the cross-complaint and complaint because
11  ///
12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

20435166v1

- 2 -

STIPULATION REGARDING DISMISSAL; ORDER

1  the parties have reached an amicable settlement under the supervision of the
2  United States District Court Judge Christina A. Snyder.

3
4  Dated: ~~March~~ April 30, 2003

ROBERT A. MITTELSTAEDT
DIMITRIOS P. BILLER
PILLSBURY WINTHROP LLP

By: _____
Dimitrios P. Biller
Attorneys for Defendants
CHEVRON U.S.A. INC. and
CHEVRON CORPORATION

12  Dated: ~~March~~ April 28, 2003

BRIAN T. DUNN
COCHRAN, CHERRY, GIVENS &
  SMITH

By: _____
Brian T. Dunn
Attorneys for Plaintiffs
DOMINIQUE GRIFFIN, Individually, and as successor in Interest to MILDRED GRIFFIN, deceased, and as Successor in Interest to DONTA LOREN PERRY, deceased, DONALD EARL ALVES, JR., ANITRA FARRAGUT, WHITNEY JOEL DANIEL, GREGORY STEVEN DANIEL, WILSON DANTA PERRY, CLAUDE MELVIN and GRACE MELVIN

1 the parties have reached an amicable settlement under the supervision of the
2 United States District Court Judge Christina A. Snyder.
3
4 Dated: March ___, 2003

ROBERT A. MITTELSTAEDT
5                                    DIMITRIOS P. BILLER
6                                    PILLSBURY WINTHROP LLP
7
8                       By: _____
                                   Dimitrios P. Biller
                                   Attorneys for Defendants
9                                    CHEVRON U.S.A. INC. and
                                   CHEVRON CORPORATION
10
11
12 Dated: ~~March~~ April 28, 2003
13                                    BRIAN T. DUNN
                                   COCHRAN, CHERRY, GIVENS &
14                                        SMITH
15
16                       By: _____
                                   Brian T. Dunn
17                                    Attorneys for Plaintiffs
                                   DOMINIQUE GRIFFIN, Individually,
18                                    and as successor in Interest to
                                   MILDRED GRIFFIN, deceased, and
19                                    as Successor in Interest to DONTA
                                   LOREN PERRY, deceased, DONALD
20                                    EARL ALVES, JR., ANITRA
                                   FARRAGUT, WHITNEY JOEL
21                                    DANIEL, GREGORY STEVEN
                                   DANIEL, WILSON DANTA PERRY,
22                                    CLAUDE MELVIN and GRACE
                                   MELVIN
23
24
25
26
27
28

20435166v1                      - 3 -
                               STIPULATION REGARDING DISMISSAL; ORDER

1    IT IS HEREBY ORDERED, declared and decreed that the
2    complaint and ~~cross-complaint~~ Counterclaim in this action shall be dismissed,
3
4    with prejudice, under the terms of the settlement agreement
5    reached between the parties.
6    DATED: _May 7_____, 2003
7
8
9    _____
     HON. CHRISTINA A. SNYDER
10   UNITED STATES DISTRICT
     COURT JUDGE
11
12
...
28

20435166v1                                    - 4 -
                                    STIPULATION REGARDING DISMISSAL; ORDER

Docket No. 01-07751 CAS (PJWx)

PROOF OF SERVICE BY MAIL

I, Sheila A. Mark, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop LLP in the City of Los Angeles, California.

2. My business address is 725 South Figueroa Street, Suite 2800, Los Angeles, CA 90017-5406.

3. I am familiar with Pillsbury Winthrop LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

4. On May 6, 2003, at 725 South Figueroa Street, Suite 2800, Los Angeles, California, I served a true copy of the attached document(s) titled exactly STIPULATION REGARDING DISMISSAL; ORDER by placing it/them in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

Brian T. Dunn
Cochran, Cherry, Givens, Smith & Stewart
4929 Wilshire Boulevard
Suite 1010
Los Angeles, CA 90010

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of May, 2003, at Los Angeles, California.

_____
Sheila A. Mark

20435166v1

- 1 -
STIPULATION REGARDING DISMISSAL; ORDER